# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ELKINO DENARDO DAWKINS, SR.,**

    **Plaintiff,**

**v.**                                    **Case No.  4:19cv574-MW/CAS**

**FASTPEOPLESEARCH.COM,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted."   The Clerk shall also close the file.

**SO ORDERED on January 7, 2020.**

                                    **s/ MARK E. WALKER**
                                    **Chief United States District Judge**